From the desk of:
Emmanuel Basean Stinson (executor)
Created for: EMMANUEL BASEAN STINSON (VESSEL)
Stephanie Renee Vickers-Stinson(executrix)
Created for: STEPHANIE RENEE VICKERS (VESSEL)

8.24 cv 6 WFJ-TGW

# Emergency Injunction Regarding Foreclosure – Ex Parte

"Affidavits are often the only supporting evidence….
Affidavits alone should therefore certainly be sufficient to prove a *prima facie* case."
*United States v. Kis*, 658 F.2d 526, 536 N.28 (7th Cir. 1981)

Notice to agent is notice to principal, notice to principal is notice to all.

To:
District Judge, United States District Court for the Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602

JAN 2 2024 PM 2:53
FILED - USDC - FLMD - TPA

### NOTICE OF: Maxims of Law

- ☐ *All men and women know that the foundation of law and commerce exists in the telling of the truth, and nothing but the truth.*
- ☐ *Truth, as a valid statement of reality, is sovereign in commerce.*
- ☐ *An unrebutted affidavit stands as truth in commerce.*
- ☐ *An unrebutted affidavit is acted upon as the judgment in commerce.*
- ☐ *A matter must be expressed to be resolved.*
- ☐ *Fraud vitiates all.*
- ☐ *Point of Law: Silence equates to agreement.*

From the following facts and truths shown below, we have searched for a remedy and requested aid from multiple judges, sheriffs, and bailiffs to assist with this matter of fraud, yet none have provided relief or provided a remedy to the matter. The judgment of foreclosure that was approved by Kenneth Compton will result in an irreparable injury: Our character will be permanently defamed on public record; we will not have a place to sojourn, we will have no other options for places to sojourn; we will be a victim of the mockery of the courts which allows **fraud, extortion, robbery, slander, and treason** to prevail; we will be exposed to inclement weather conditions which will be a detriment to our health and lives. Although, we followed the proper procedure requesting validation of a lawful contract and none was provided. The following information and facts stated below are our first-hand knowledge and our account of a fraudulent Lien, Lis Pendens, Judgment of Foreclosure, and Sale of our property on January 2, 2024:

We, Emmanuel Basean Stinson and Stephanie Renee Vickers-Stinson, are a living man and woman created in the image of YHWH, see Genesis 1:26-28. As people who have first-hand knowledge of the truth of all of the facts herein and we are of sound mind with no alterations to our DNA and swear under penalty of perjury pursuant to the laws of Florida, and the united States of America, as God is our witness. We, Emmanuel and Stephanie have corrected the political status of our VESSELS from that which was contrived by the 14th amendment to that which is designated as American State National mentioned in 8 USC 1101(a) (21) (23). We are

not employees or residents of the STATE OF FLORIDA, or FLORIDA, or the COUNTY OF PASCO, or the UNITED STATES which are for-profit corporations, and all exist under the mother corporation the UNITED STATES, see 28 USC 3002 Section 15(a)(b).

**Fact:** On May 23, 2023, Frazier and Bowles received an affidavit from us for the validation of a debt which they said we still owed (although we had already paid the original amount including additional fees) and demanded Frazier and Bowles to provide a lawful contract showing the details of even more additional fees. The affidavit stated that if they were unable to provide a lawful contract, we demanded that the matter be resolved and any lien against our property shall be removed immediately for there was no lawful contract.

**Fact**: Frazier and Bowles or Watergrass Property Owners Association never responded with a rebuttal of our affidavit point by point and never responded providing a lawful contract.
**Fact:** After 30 days of no response from Frazier and Bowles or Watergrass Property Owners Association, we followed the local rules of the Federal Rules of Civil Procedure and Florida Rules of Civil Procedure and recorded the following papers in Pasco County (**Book Number: 10842, Page: 6**):

- ☐ Affidavit of 72 Hour Rescission that was received by Frazier and Bowles on May 23, 2023
- ☐ Certified Proof of Service
- ☐ Notice of Default Certified "Judgment" of Un-Rebutted Affidavit

**Estoppel** – *Thus, any confession made in pleading, in a court of record, whether it be express, or implied from pleading over without a traverse, will forever preclude the party form afterwards contesting the same fact, in any subsequent suit with his adversary.*

Bouvier's Law Dictionary<br>Volume 1

**Fact:** Although a summary judgment was recorded in Pasco County and there was no response from Frazier and Bowles or Watergrass Property Owners Association, Frazier and Bowles proceeded to not follow the debt collection practices which are found in **15 USC §1692**. Frazier and Bowles ignored our demands and moved forward with a Lis Pendens and a summary judgment of Foreclosure of our property. These actions were approved by Judge Kenneth Compton of the Sixth Circuit of Florida. These actions violated the maxims of law which states:

- ☐ *An unrebutted affidavit stands as truth in commerce.*
- ☐ *An unrebutted affidavit is acted upon as the judgment in commerce.*

These actions violated the following U.S. Codes:

**15 USC §1692e(4)** - *The representation or implication that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action.*

There has been a judgment of foreclosure placed on our property with a false representation because a lawful contract was never provided.

**15 USC §1692e(6)(A)** - *The false representation or implication that a sale, referral, or other transfer of any interest in a debt shall cause the consumer to— lose any claim or defense to payment of the debt.*

There has been a publication for the sale of our property in the newspaper set for January 2, 2024, which would cause us to unlawfully lose our property under false representation because a lawful contract or rebuttal of our affidavit was never provided to show unresolved debt.

**15 USC §1692e(10)** - *The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.*

Frazier and Bowles have used a Lis Pendens and a Summary Judgment with the approval of Kenneth Compton as a deceptive means to collect additional funds from us without providing the proof that a debt is owed.

**15 USC § 1692d(4)** - *The advertisement for sale of any debt to coerce payment of the debt.*

The summary judgment states that if we do not pay more than $5,000 to Frazier and Bowles on or before December 31, 2023, our property would be sold in an auction on January 2, 2024. Frazier and Bowles have created a threat by advertising the sale of our property with the approval of Kenneth Compton without ever providing a lawful contract or ever validating the debt.

**15 USC § 1692d(5)** - *Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.*

Since the publication of our property in the newspaper, we have received numerous phone calls and text messages regarding our property being in foreclosure.

**15 USC §1692g(b)** - *If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor,* **the debt collector shall cease collection of the debt**...

When we demanded Frazier and Bowles to provide a lawful contract pertaining to debt owed all debt collection practices should have ceased, but yet they did not.

**18 U.S. Code § 1951** - *Whoever in any way or degree obstructs, delays, or affects commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspires so to do, or commits or threatens physical violence to any person or property in furtherance of a plan or purpose to do anything in violation of this section shall be fined under this title or imprisoned not more than twenty years, or both.*

Frazier and Bowles have attempted robbery and extortion with the threat of foreclosing on our property without providing a lawful contract.

**10 U.S. Code § 922** - *Any person…who takes anything of value…in the presence of another, against his will, by means of force or violence or fear of immediate or future injury to his person or property or to the person or property of a relative or member of his family or of anyone in his company at the time of the robbery, is guilty of robbery and shall be punished…*

Although Frazier and Bowles never provided a lawful contract, by force have attempted robbery to permanently injury us by publicizing the sale of our property (in the presence of others) and then taking of our property if we do not pay more money. This is clearly robbery.

**18 U.S. Code § 875(b)** - *Whoever, with intent to extort from any person, firm, association, or corporation, any money or other thing of value, transmits in interstate or foreign commerce any communication containing any threat…any threat to injure the person of another, shall be fined under this title or imprisoned not more than twenty years, or both.*

Frazier and Bowles were allowed through the approval of Kenneth Compton to force us to pay more than $5,000 to Frazier and Bowles or else our property will be auctioned/sold; however, as we have proven, there is no lawful contract. This is defined as extortion under the statue stated above.

**18 U.S. Code § 1341** - *Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful…any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.*

Frazier and Bowles have schemed to obtain even more money by fraud and swindle, using the threat of auctioning our property, although they never provided a lawful contract.

**28 U.S. Code § 4101(1)** - *The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person.*

**Fact:** The summary judgment of foreclosure and the publication of our property in the newspaper has led to the damaging of our reputation in the eyes of the public. This has further resulted in harassing calls, text messages, and mailings from numerous companies.

According to **Florida Rules of Civil Procedure Rule 1.540(b)(3)** and **Federal Rules of Civil Procedure 60(b)(3)** – "*On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, decree, order, or proceeding for the*

*following reasons: ... **fraud** (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party;"*

**Fact:** On November 20th, 2023, we submitted a motion of estoppel of the judgment of foreclosure on our property to Kenneth Compton. We informed Kenneth Compton that he approved a fraudulent judgment against us on behalf of Frazier and Bowles and Watergrass Property Owners Association. We accepted Kenneth Compton's Oath to the united States of America and his oath to the State of Florida and demanded a rescission of the Lien, to dismiss the cause **512023CC002840CCAXES** with prejudice for the Lis Pendens, and an immediate estoppel to the judgment of foreclosure on our property according to **Federal Rules of Civil Procedure 60(b)(3)**. We provided the following certified copies to Kenneth Compton as our proof of the fraud:
- Affidavit of 72 Hour Rescission that was received by Frazier and Bowles on May 23, 2023
- Certified Proof of Service
- Notice of Default Certified "Judgment" of Un-Rebutted Affidavit
- Notice of Acceptance of Default Certified Judgment of Un-Rebutted Affidavit

**Fact:** On **December 6, 2023,** Kenneth Compton denied the motion and all other demands in our motion although we provided proof of fraud.

**Fact:** On **December 12, 2023**, a **Motion for Estoppel for Foreclosure** was sent to Chief Judge Shawn Crane, explaining all the facts stated above. We accepted Chief Judge Crane's oath to the united State of America and to the State of Florida and demanded Shawn Crane to approve the motion of estoppel to the foreclosure due to the presentment of fraud on the judgment provided to Kenneth Compton and according to **Florida Rules of Civil Procedure Rule 1.540(b)(3)** and **Federal Rules of Civil Procedure 60(b)(3).** Judge Shawn Crane did not respond to our motion of an estoppel.

**Fact:** On **December 29, 2023**, a **Motion for Estoppel for Foreclosure** was sent again to Chief Judge Shawn Crane, explaining all the facts stated above. We accepted Chief Judge Crane's oath to the united State of America and to the State of Florida and demanded Shawn Crane to approve the motion of estoppel to the foreclosure due to the presentment of fraud and according to **Florida Rules of Civil Procedure Rule 1.540(b)(3)** and **Federal Rules of Civil Procedure 60(b)(3).** Judge Shawn Crane did not respond to our motion of an estoppel.

**Fact:** On **January 1, 2024**, we inquired of at least three Sheriffs of Pasco County of how they may help us to resolve this matter and stop the sale of our property. The Sheriffs informed us that they were unable to help us. Two of the Sheriffs informed us they did not take an oath to the united States of America or to the Constitution, while one the Sheriffs informed us to go to the courthouse in Dade City and speak to a bailiff because they should be able to help us.

**Fact:** On **January 2, 2024**, we went to the courthouse to ask a bailiff to help us with relief in this matter. The bailiff informed us he could not assist us as well, although we presented the evidence of fraud and informed him that the sale of our home was occurring today at 11 AM. He informed

us that the bailiff had no power to hold a judge accountable and was unable to stop the sale of our property.

**Fact:** **On January 2, 2024, at 11 AM EST**, our property was set to be sold via foreclosure auction in Pasco County, although Watergrass Property Owners Association did not produce a lawful contract, had no deed to our property, and did not have jurisdiction to perform such actions.

### Waiver of Financial Cost

1.) We do not have any source of income, now or during the past twelve months.
2.) We do not expect any income in the next month. We have not had any employment in the past two years.
3.) We have one open savings account with Truist Bank that shows one dollar in the account. We currently have $30 dollars that we need so that we may eat.
4.) The value of our home is not applicable in this matter. We do not own a motor vehicle. We do not have any other assets. When asked, *"The amount owed to you or your spouse by a person, business, or organization"* the amount is zero (0).
5.) When asked, *"Who relies on you and your spouse for support,"* the answer is none.
6.) When asked, *"Estimate the average monthly expenses of you and your family,"* the answer is zero (0).
7.) When asked, *"Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months,"* the answer is no.
8.) When asked, *"Have you spent – or will you be spending – any money for expenses or attorney fees in conjunction with this lawsuit,"* the answer is no.
9.) There is no other information that will help explain why the cost of the proceedings cannot be paid.

We are not residents of any city, state or the United States. Our daytime phones, our ages, and years are schooling is all private information.

## Demands

We stand as We The People. We hereby accept your oath to the united States of America and your oath to the State of Florida. We need you to do the following by **January 2, 2024, 3 PM EST – immediately**, due to the fraudulent actions that have occurred:

- ☐ Approve the Emergency Injunction of Foreclosure on the judgment of foreclosure on our property immediately.
- ☐ Motion the court to change the status of cause **512023CC002840CCAXES** from closed to **Dismissed with Prejudice** immediately because this cause was fraudulently opened.
- ☐ The Lien and Lis Pendant that is attached to our property and recorded with Emmanuel and Stephanie as the defendant party shall be removed from the official records of Pasco County immediately at the expense of Frazier and Bowles and Watergrass Property Owners Association.

- ☐ The judgment of foreclosure that is attached to our property and recorded with Emmanuel and Stephanie as the defendant party shall be removed from the official records of Pasco County.
- ☐ The advertised sale of our property shall be removed from any and all auction websites, newspapers, and any and all forms of publications and advertisements of the sale of our property.
- ☐ The reversal and removal of the sale of our property on **www.pasco.realforeclose.com**.
- ☐ Upon the orders above being completed, we shall receive a letter with a wet ink signature and the seal of the District Judge, United States District Court for the Middle District of Florida stating that all matters have been resolved and that we shall be let alone and free and clear of liens, Lis pendant, and foreclosure on our property.

Our contact information is: **redlion43@proton.me**.

All documents that were provided to Kenneth Compton for the motion of estoppel have been recorded as judge notes on the cause **512023CC002840CCAXES** in the Sixth Circuit Court of Florida.

## Claim of Damages/Transgression fee schedule

Failure to comply with our demands will result in the following fee schedule upon judgment:

| Breach | Payment | Authority |
|---|---|---|
| A – Emotional Distress | $20,000.00 | 32 CFR 536.77(a)(3)(vii) |
| B – Conspiracy Against Rights | $10,000.00 | 18 USC 241 |
| C – Deprivation of Rights Under Color Of Law | $10,000.00 | 18 USC 242 |
| D – Misprision of Treason | $5,000.00 | 18 USC 2382 |
| E – Conspiracy to Interfere with Civil Rights | $20,000.00 | 42 USC 1985(2) |
| F – Action for Neglect To Prevent | $10,000.00 | 42 USC 1986 |
| G – Misleading with respect to any material fact | $10,000.00 | 15 USC 78ff |
| H – Slander | $10, 000.00 | |
| | | |
| Damages Prior to Treble Damages | $95,000.00 | |
| Treble Damages | $190,000.00 | |
| **Full Damages Total** | **$285,000.00** | |

**Pursuant to 28 USC §1746(1)**

*"...any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:"*

We, commonly called Emmanuel and Stephanie, a man and woman declares under penalty of perjury under the laws of the united States of America that the foregoing is true and correct. IN WITNESS OF THIS, signed on the 2nd day of January in the year Two Thousand and Twenty-Four.

*All Rights Reserved/ Without Prejudice*

By: _Emmanuel Basean Stinson_ _____ Executor
for the VESSEL – EMMANUEL BASEAN STINSON

By: _Stephanie Renee Vickers-Stinson_ _____ Executrix
for the VESSEL – STEPHANIE RENEE VICKERS

**Mailing Address:** In care of rural route 32202 Summerglade Drive Wesley Chapel, Florida

## Notary Public as JURAT CERTIFICATE

Florida State

Hillsborough County

On January 2nd, 2024 date before me, a Notary Public, personally appeared and who proved up unto me on the basis of satisfactory evidence to be the man/woman whose Names are subscribed to the within attached instrument and acknowledged to Me that he/she executed the same in his/her authorized capacity, And that by his/her autograph(s) on the instrument the man/woman executed, the instrument.

I certify under PENALTY OF PERJURY under the lawful laws of Florida State that the foregoing paragraph is true and correct to the best of my knowledge.

WITNESS my hand and official seal.

Signature _____

of Notary Public / Jurat

HELEN SCOTT
Notary Public - State of Florida
Commission # HH 181260
My Comm. Expires Oct 4, 2025
Bonded through National Notary Assn.

seal

My commission expires: Oct 4th 2025.

NOTICE: Use of the notary public is for verification of signature and identity confirmation only. It implies no consent to federal jurisdiction under the Buck Act as one is 'without the jurisdiction of the District of Columbia'.

NOTICE: Use of the notary public is for verification of autograph or seal of individual biological 'character' confirmation only implying no presumption to federal jurisdiction whatsoever.